**MEMO ENDORSED**

ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman　　　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 571-5500
Jeremy Schneider　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 571-5500
Robert A. Soloway
David Stern
_____
Rachel Perillo

> The application is granted. Sentencing for Mr. Brooks is scheduled for May 25, 2022 at 11:00 AM.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 03/11/2022
> New York, New York

**By ECF & Email**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

　　　　　　Re:　　United States v. Luis Merced et al.,
　　　　　　　　　　Including DORIAN BROOKS
　　　　　　　　　　19 Cr. 832 (ER)

Dear Judge Ramos:

　　　　Mark DeMarco and I are the attorneys for Dorian Brooks, a defendant in the above-named matter. This letter is respectfully submitted without objection from the government, by AUSA Andrew K. Chan, to request an adjournment of sentence, which is presently scheduled for April 6, 2022 at 3:30 p.m. Due to the ongoing COVID-19 pandemic and recent lockdowns at the Metropolitan Detention Center, we are still waiting to receive documents and information that are needed to prepare Mr. Brooks' sentencing submission. We therefore need additional time to finalize our submission and prepare for sentencing. For this reason, it is respectfully requested that Mr. Brooks' sentencing be postponed to May 25, 2022, a date that I understand is convenient for the Court.

　　　　If the Court has any questions please do not hesitate to contact me.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeremy Schneider

cc:　　Mark S. DeMarco (By ECF & Email)
　　　　*Attorney for Dorian Brooks*

　　　　Andrew K. Chan, Adam S. Hobson, Frank J. Balsamello (By ECF & Email)
　　　　*Assistant United States Attorneys*