UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :
UNITED STATES OF AMERICA                                         :
                                                                 :   CONSENT PRELIMINARY ORDER
          - v. -                                                 :   OF FORFEITURE/
                                                                 :   <u>MONEY JUDGMENT</u>
DORIAN BROOKS,                                                   :
     a/k/a "Kool-Aid,"                                           :   S1 19 Cr. 832 (ER)
                                                                 :
                         Defendant.                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about December 15, 2021, DORIAN BROOKS, a/k/a "Kool-Aid," (the "Defendant"), was charged in a one-count Superseding Information, S1 19 Cr. 832 (ER) (the "Information"), with conspiracy to distribute narcotics, in violation of Title 21, United States Code, Section 846 (Count One);

        WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense charged in Count One of the Information and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

        WHEREAS, on or about January 5, 2022 the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit, to the United States, pursuant to Title 21, United States Code, Section 853, a sum of money

representing proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $120,000 in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, for which the Defendant is jointly and severally liable with his co-defendants William Skinner and Luis Merced (the "Co-defendants"), and with co-conspirator Harold Sattan, charged in *United States v. Sattan,* S2 17 Cr. 297 (ER) (the "Co-conspirator"), to the extent forfeiture money judgments are entered against the Co-defendants in this case, and against the Co-conspirator in his case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Andrew K. Chan, Adam S. Hobson, and Frank J. Balsamello, of counsel, and the Defendant, and his counsel, Mark S. DeMarco, Esq., and Jeremy Schneider, Esq. that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $120,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, for which the Defendant is jointly and severally liable with the Co-defendants and the Co-conspirator, to the extent forfeiture

money judgments are entered against the Co-defendants in this case and against the Co-conspirator in his case, shall be entered against the Defendant.

        2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, DORIAN BROOKS, a/k/a "Kool-Aid", and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

        3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

        4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

        5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

        6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:
DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          6/29/22
ANDREW K. CHAN                                  DATE
ADAM S. HOBSON
FRANK J. BALSAMELLO
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007
(212) 637-1072 / 2484 /2325

DORIAN BROOKS

By: _____          _____
DORIAN BROOKS                                   DATE

By: _____          6/29/22
MARK S. DeMARCO, ESQ.                           DATE
JEREMY SCHNEIDER, ESQ.
Attorneys for Defendant

SO ORDERED:

_____              6/29/2022
HONORABLE EDGARDO RAMOS                         DATE
UNITED STATES DISTRICT JUDGE