**MEMO ENDORSED**

ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

January 10, 2023

**VIA ECF**
Hon. Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 11201

      Re:  United States v. Dorian Brooks
           19 Cr. 832 (ER)

Dear Judge Ramos:

    I represented Mr. Dorian Brooks in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 14.6 hours, nunc pro tunc to December 2, 2020, assisting me in this matter. Much of that time involved working on his bail application, severance motion and phone calls with family.

    Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $90.00 for associate time spent representing Mr. Brooks in this matter.  Thank you very much.

Sincerely,

*Jeremy Schneider*

Jeremy Schneider

---

The application for approval of associate hours as to Rachel Perillo is granted, nunc pro tunc 12/2/2020.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  1/11/2023
New York, New York