UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– *against* –<br><br>DORIAN BROOKS,<br><br>Defendant. | **OPINION & ORDER**<br><br>19-cr-832-3 (ER) |

RAMOS, D.J.:

The Court is in receipt of Brooks' pro se motion for sentence reduction (Doc. 188). The Court understands that Brooks has since been appointed counsel.

The Court directs Brooks to, through counsel, submit a further letter motion in support of resentencing, if needed, by April 19, 2024. The Government is directed to respond thereto by May 3, 2024.

It is SO ORDERED.

Dated:  April 5, 2024
        New York, New York

_____
EDGARDO RAMOS, U.S.D.J.